## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

J. Blazek SKLO Podebrady S.I.O. and            Civil 08-2354 (RHK/JSM)
Mr. Dalibor Blazek,

       Plaintiffs,                                  **ORDER**

vs.

Burton International Enterprises, Monika
Burton, d/b/a Burton International Enterprises,

       Defendants.

_____

      Before the Court is Defendant Monika Burton's e-mail in which she asserts that she has "decided to represent myself," and that it would be extremely difficult for her to appear at the default hearing scheduled for January 15, 2009. The subject Motion was served upon Ms. Burton on November 18, 2008 and she has not responded and the Clerk has entered Defendants' default. Although the Court finds that no good cause has been shown to continue the January 15th hearing, the matter will be rescheduled to Thursday, January 22, 2009 at 8:00 a.m., Courtroom 7A, United States Courthouse, in St. Paul, Minnesota. There will be **NO** further continuances.

Dated: January 13, 2009

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge