# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| J. Blazek SKLO Podebrady s.r.o. and Mr. Dalibor Blazek,<br><br>               Plaintiffs,<br>v.<br><br>Burton International Enterprises and Monika Burton *d/b/a* Burton International Enterprises,<br><br>               Defendants. | **Case No.: 08-CV-2354 (RHK/JJK)** |

## PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' "STATEMENT OF DEFENSE"

The Plaintiffs, J. Blazek SKLO Podebrady s.r.o. and Mr. Dalibor Blazek, by and through its attorneys, respectfully move this Court to strike Defendants' "Statement of Defense." The motion will be based upon this Motion to Strike, a memorandum in support of this motion, supporting affidavits, papers on file in this action, and/or upon any other information the Court deems appropriate.

Respectfully submitted,

Dated: January 22, 2009           By:  s/Heather J. Kliebenstein
                                  Anthony R. Zeuli #0274884
                                  Heather J. Kliebenstein #337419
                                  MERCHANT & GOULD
                                  3200 IDS Center
                                  80 South Eighth Street
                                  Minneapolis, MN  55402-2215
                                  Telephone:  (612) 332-5300
                                  Facsimile:  (612) 332-9081
                                  E-mail: tzeuli@merchantgould.com
                                  E-mail: hkliebenstein@merchantgould.com

                                  *Attorneys for Plaintiffs J. Blazek SKLO*
                                  *Podebrady s.r.o. and  Mr. Dalibor Blazek*