UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Blazek Glass s.r.o, *f/k/a* J. Blazek Sklo Podebrady s.r.o., and Mr. Dalibor Blazek,<br><br>           Plaintiffs,<br>v.<br><br>Burton International Enterprises, Crystal Files & Gifts, Inc. and Monika Burton,<br><br>           Defendants. | Case No.: 08-CV-2354<br>(RHK/JSM) |

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiffs Blazek Glass s.r.o., *f/k/a* J. Blazek Sklo Podebrady s.r.o. and Mr. Dalibor Blazek move this Court on July 29, 2010 at 8:00 a.m., in Courtroom 7A, before the Honorable Richard H. Kyle, Judge of the United States District Court for the District of Minnesota, United States Courthouse, 632 Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101, for an order granting summary judgment of patent infringement, willful patent infringement, and non-invalidity.

This motion will be based upon the memoranda in support of this motion, supporting declarations, papers on file in this action, any argument given at the hearing on this motion, and/or upon any other information the Court deems appropriate.

                                        Respectfully submitted,

Dated: March 17, 2010                By:  <u>s/Anthony R. Zeuli</u>
                                                Anthony R. Zeuli #0274884
                                                Heather J. Kliebenstein #337419
                                                MERCHANT & GOULD
                                                3200 IDS Center
                                                80 South Eighth Street
                                                Minneapolis, MN  55402-2215
                                                Telephone:  (612) 332-5300
                                                Facsimile:  (612) 332-9081
                                                E-mail: tzeuli@merchantgould.com
                                                E-mail: hkliebenstein@merchantgould.com

                                                *Attorneys for Plaintiffs Blazek Glass s.r.o, f/k/a J. Blazek Sklo Podebrady s.r.o., and Mr. Dalibor Blazek*