# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| J. Blazek SKLO Podebrady S.I.O., Mr. Dalibor Blazek, Blazek Glass s.r.o., f/k/a J. Blazek SKLO Podebrady s.r.o., | Civil No. 08-2354 (RHK/JSM) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| Burton International Enterprises, Monika Burton, Crystal Files & Gifts, Inc. | |
| Defendants. | |

---

Pursuant to the parties' Stipulated Motion to Enter Dismissal Order (Doc. No. 114), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, the Court retaining jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown.

Dated: August 20, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
